RECEIVED

BY: _____

SEP **3 0** 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

NORRIS J. FANGUY, JR.                    CIVIL ACTION NO. 10-cv-1159

VERSUS                                   JUDGE WALTER

JASON SCHREIFELS, ET AL                  MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the complaint is dismissed ~~with~~ without prejudice for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___30___ day of ___Sept___, 2010.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE